Rel: June 7, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0943

Sarah Harper v. Kim Sheppard and Clarence Watson (Appeal from Dale Circuit Court:  CV-23-900031).

MITCHELL, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Shaw, Bryan, and Mendheim, JJ., concur.